```
Elizabeth Waldow
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case 6:06-mj-063 |
| | ) | |
| Plaintiff, | ) | DISMISSAL; AND |
| | ) | ORDER THEREON |
| v. | ) | |
| | ) | |
| JOSE NIEVES NAVARRO | ) | |
| | ) | |
| | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.

Dated: June 14, 2006.          NATIONAL PARK SERVICE

                                                    s/s Eliabeth Waldow
                                                    Elizabeth Waldow
                                                    Legal Officer

1

**ORDER**

**IT IS SO ORDERED.**

```
Dated:  _____, 2006     _____
                                The Honorable William M.
                                Wunderlich
                                U.S. Magistrate Judge
                                Eastern District of
                                California
```
IT IS SO ORDERED.

**Dated:   June 20, 2006**              **/s/  William M. Wunderlich**
mmkd34                        UNITED STATES MAGISTRATE JUDGE

2